# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOSEPH FRIEDEN, | Case No. 5:18-CV-4045 |
| Plaintiffs, | |
| v. | Chief Judge Leonard T. Strand |
| CAPITAL ONE BANK (USA) N.A., | Magistrate Judge Kelly Mahoney |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff JOSEPH FRIEDEN notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 13th day of February 2019.

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, JOSEPH FRIEDEN

- 1 -

# CERTIFICATE OF SERVICE

I certify that on February 13, 2019 I filed Plaintiff JOSEPH FRIEDEN's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Elizabeth Jane Carter
FAEGRE BAKER DANIELS LLP
801 Grand Ave., 33rd Floor
Des Moines, IA  5039
T: (515) 447-4724
E: Elizabeth.Carter@faegrebd.com
*Attorney for Defendant*
Capital One Bank (USA) N.A.

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, JOSEPH FRIEDEN

- 2 -