# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH FRIEDEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendant | Case No.: 5:18-cv-04045-LTS<br><br>*ELECTRONICALLY FILLED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Joseph Frieden ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ Elizabeth Carter (with permission)*
Elizabeth Jane Carter
Faegre Baker Daniels
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
515 447 4724
Email: Elizabeth.Carter@faegrebd.com
*COUNSEL FOR DEFENDANT*

*/s/ Jason Ravnsborg*
Jason Ravnsborg
Harmelink, Fox & Ravnsborg Law Office
721 Douglas, Ste. 101
Yankton, SD, 57078
T: (605) 665-1001
E: Jrrlaw@midco.net
　*COUNSEL FOR PLAINTIFF*

*/s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (657) 500-4317
Fax: (657) 227-0270
E: AlysonD@jlohman.com
*COUNSEL FOR DEFENDANT*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH FRIEDEN, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendants. | Case No: 5:18-cv-04045-LTS <br><br><br> **[PROPOSED] ORDER OF DISMISSAL** |

### [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Joseph Frieden ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Date: _____

_____
Magistrate Judge Leonard T Strand

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

*/s/ Elizabeth Carter*
Elizabeth Jane Carter
Faegre Baker Daniels
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
515 447 4724
Email: Elizabeth.Carter@faegrebd.com
*COUNSEL FOR DEFENDANT*

*/s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel: (657) 500-4317
Fax: (657) 227-0270
E: AlysonD@jlohman.com
*COUNSEL FOR DEFENDANT*